UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number:08-14253-CIV-MARTINEZ-LYNCH**

MICHAEL GERHARDT, on his own behalf and
on behalf of all others similarly situated,

    Plaintiff,

vs.

FINE LINE COLLISION, INC., a Florida Corporation, ROBERT ZENO and JOHN VIESTA,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE LYNCH'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge for a Report and Recommendation on Plaintiff's Verified Motion for Attorney's Fees and Costs (D.E. No. 14). Magistrate Judge Lynch filed a Report and Recommendation (D.E. No. 19), recommending that Plaintiff's motion be granted in part and denied in part. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

    **ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation **(D.E. No. 14)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

    Plaintiff's Verified Motion for Attorney's Fees and Costs (D.E. No. 14) is **GRANTED in part** and **DENIED in part**. Plaintiff's motion is granted in that Plaintiff is awarded a total of

$2,325.00 in attorney and paralegal fees and a total of $410.60 in costs.  Plaintiff's motion is denied in all other respects.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of November, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record